1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BYRON ELROY CRUTCHER,

    *Petitioner*,

vs.

NEVADA PAROLE COMMISSIONERS, *et al.*

    *Respondents*.

2:09-cv-00801-KJD-GWF

ORDER

Following upon the notice (#20) of appearance by petitioner's counsel in this habeas matter,

IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Debra A. Bookout, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred twenty (120) days from entry of this order within which to file an amended petition. The Court will screen the amended petition prior to ordering a response from respondents.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

    DATED: January 23, 2012

_____
KENT J. DAWSON
United States District Judge