# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON ELROY CRUTCHER, | |
| *Petitioner*, | 2:09-cv-00801-KJD-GWF |
| vs. | ORDER |
| NEVADA PAROLE COMMISSIONERS, *et al.*, | |
| *Respondents*. | |

IT IS ORDERED that all state court record exhibits filed herein – by either petitioner or respondents – shall be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment, in the same manner as in No. 3:06-cv-00087-ECR-VPC, ## 25-71. The purpose of this provision is so that the Court and any reviewing court thereafter will be able to quickly determine from the face of the electronic docket sheet which exhibits are filed in which attachments. In short, counsel, whether for respondents or petitioner, shall not file exhibits in a manner that requires this Court or a reviewing court to go "fishing" through multiple unmarked attachments on the electronic docket sheet to find specific exhibits. **Counsel additionally shall send a hard copy of all exhibits filed to -- for this particular case -- the Las Vegas Clerk's Office.**

DATED:  3/12/12

_____
KENT J. DAWSON
United States District Judge