# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BYRON ELROY CRUTCHER,

    *Petitioner*,

vs.

NEVADA PAROLE COMMISSIONERS, *et al.*,

    *Respondents*.

2:09-cv-00801-KJD-GWF

ORDER

This habeas matter comes before the Court on petitioner's motion (#24) to withdraw as counsel, to proceed in proper person, and for an extension of time to file an amended petition.

The motion is signed by both counsel and by petitioner in proper person, which arguably renders unnecessary the requirement of Local Rule LR IA 10-6(b) that the motion be served on the affected client. However, functionally, the Clerk will need an updated address for notices to petitioner following upon his release from physical custody and the anticipated withdrawal of counsel.

IT THEREFORE IS ORDERED that, within **seven (7) days** of entry of this order, petitioner's counsel shall file a supplement to the motion with petitioner's updated address for notices and service upon him in proper person. The motion remains under submission.

DATED: May 21, 2012

_____
KENT J. DAWSON
United States District Judge