# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON ELROY CRUTCHER, | |
| *Petitioner*, | 2:09-cv-00801-KJD-GWF |
| vs. | ORDER |
| NEVADA PAROLE COMMISSIONERS, *et al.*, | |
| *Respondents*. | |

Following upon petitioner's motion (#36) to voluntarily dismiss this habeas matter with prejudice,

IT IS ORDERED that petitioner's motion (#36) to dismiss with prejudice is GRANTED and that this action is DISMISSED with prejudice.

The Clerk of Court shall enter final judgment accordingly, in favor of respondents and against petitioner, dismissing this action with prejudice.

DATED: July 23, 2012

_____
KENT J. DAWSON
United States District Judge