# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BYRON ELROY CRUTCHER,

    *Petitioner*,

vs.

NEVADA PAROLE COMMISSIONERS, *et al.*,

    *Respondents*.

2:09-cv-00801-KJD-GWF

ORDER

    Following upon petitioner's motion (#36) to voluntarily dismiss this habeas matter with prejudice,

    IT IS ORDERED that petitioner's motion (#36) to dismiss with prejudice is GRANTED and that this action is DISMISSED with prejudice.

    The Clerk of Court shall enter final judgment accordingly, in favor of respondents and against petitioner, dismissing this action with prejudice.

    DATED: July 23, 2012

    _____
    KENT J. DAWSON
    United States District Judge